UNITED STATES DISTRICT COURT
For the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KONRAD KORZENIOWSKI, : | CIVIL NO.: |
| Plaintiff : | 3:09-cv-1427 WWE |
| : | |
| V : | |
| : | |
| Amsher Collection Services, Inc, et al : | December 17, 2009 |
| Defendants | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and in accordance with the parties' agreement to resolve this matter, the Plaintiff hereby dismisses the within action, with prejudice and without costs or fees.

THE PLANITIFF,
KONRAD KORZENIOWSKI,

By: *[signature]*
Konrad Korzeniowski, pro se
51 Rackliffe Dr.
New Britain, CT 06051
Tel: 860-595-9436
Konrad255@gmail.com

THE DEFENDANT,
AMSHER COLLECTION SERVICES, INC.

By: *[signature]*
Michael J. Dugan (ct18669)
Litchfield Cavo, LLP
40 Tower Lane Suite 200
Avon CT 06001-4222
Tel. (860) 255-5577
Fax (860) 255-5566
dugan@litchfieldcavo.com